UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON WILLIS,

                              Petitioner,

        v.

CLARK COUNTY, NEVADA,

                              Respondent.

Case No. 2:22-cv-01632-CDS-NJK

SCREENING ORDER

        Petitioner, Jason Willis, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The court has reviewed the petition under Rule 4 of the Rules Governing Section 2254[1] and concludes that it shall be dismissed without leave to amend.

        Rule 4 provides in pertinent part:

        If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

"'[N]otice' pleading is not sufficient, for the petition is expected to state facts that point to a 'real possibility of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir. 1970). Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal. *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

        Willis's petition indicates that he is currently confined in the Clark County jail. The petition is, for the most part, incomprehensible. It does not state facts pointing to a real possibility of constitutional error with respect to Willis's confinement. Thus, it plainly appears that he is not entitled to relief in this court.

---

[1] Habeas Rule 1(b) permits district courts to apply these rules to Section 2241 proceedings.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus (ECF No. 1) is dismissed without leave to amend. The Clerk shall enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that the Court declines to issue a certificate of appealability as reasonable jurists would not find the Court's decision to be debatable or wrong.

IT IS FURTHER ORDERED that the Clerk is directed to electronically serve a copy of this order and the petition on the respondents via the Clark County District Attorney's office.

DATED: September 30, 2022.

_____
UNITED STATES DISTRICT JUDGE